460-15

# ELECTRONIC RECORD

COA #   11-13-00048-CR          OFFENSE:   22.021

STYLE:   **Joseph Levy v.**
**The State of Texas**          COUNTY:   Denton

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   16th District Court

DATE: 3/20/15          Publish: NO   TC CASE #:   F-2012-0885-A

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   **Joseph Levy v.**
**The State of Texas**          CCA #:   **PD-0460-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___08/26/2015___          SIGNED: _____   PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD